UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:        LAURA ROCHELLE TINGLER

           DEBTOR(S).        CHAPTER:    7
_____/ CASE NO:   09-31836-LMK

## NOTICE OF FILING AMENDMENT TO SCHEDULE B and C

Debtor(s), hereby give(s) notice of filing of the attached Amendment to Schedule B and C herein.

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

I declare that I have read the foregoing Notice of Filing and attached Amendment to Schedule B and C and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

DATED:    September 2, 2009.

/s/ Laura Rochelle Tingler
LAURA ROCHELLE TINGLER


                                                 /s/ Amy Logan Sliva
                                                 AMY LOGAN SLIVA
                                                 Florida Bar Number:  394793
                                                 313 West Gregory Street
                                                 Pensacola, Florida 32502
                                                 (850) 438-6603
                                                 Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail or hand delivery to the creditor(s) listed on the attached Amendment to Schedule B and C to KARIN A. GARVIN, TRUSTEE, 220 W. Garden Street, Suite 805, Pensacola, FL 32502 on the same date as reflected on the court's docket as the electronic filing date for this document.

                                                 /s/ Amy Logan Sliva
                                                 AMY LOGAN SLIVA

B6B (Official Form 6B) (12/07)

In re   Laura Rochelle Tingler                                          Case No.   09-31836
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking-$600 | - | 600.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Refrigerator-$150, Washer-$50, Dryer-$50, Microwave-$10, Vacuum-$10, Pots/pans/dishes-$20, TV-$50, VCR/DVD$-10, Couch-$50, 2 Chairs-$50, Lawnmower-$20, 2 Beds-$100, 2 Dresser-$100 Location: 3723 Mackey Cove Drive, Pensacola FL | - | 670.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | 2 Necklaces-$60, Watch-$50 Location: 3723 Mackey Cove Drive, Pensacola FL | - | 110.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     1,380.00
(Total of this page)

  2   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Laura Rochelle Tingler                                        ,        Case No.   09-31836
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >           0.00
(Total of this page)

Sheet   1   of   2   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Laura Rochelle Tingler                              ,  Case No.  __09-31836__
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Cadillac Escalade-poor condition previously wrecked<br>Lien to Bob Ferguson<br>Location: 3723 Mackey Cove Drive, Pensacola FL | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Hair dryer, curling iron rollers, combs, 2 scissors, razor-$100 | - | 100.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 20,100.00 |
| Total > | 21,480.00 |

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                           Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re   Laura Rochelle Tingler
                                                                            Case No.   09-31836
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking-$600 | Fla. Const. art. X, § 4(a)(2)<br>Fla. Stat. Ann. § 222.25(4) | 600.00<br>0.00 | 600.00 |
| **Household Goods and Furnishings** | | | |
| Refrigerator-$150, Washer-$50, Dryer-$50, Microwave-$10, Vacuum-$10, Pots/pans/dishes-$20, TV-$50, VCR/DVD$-10, Couch-$50, 2 Chairs-$50, Lawnmower-$20, 2 Beds-$100, 2 Dresser-$100<br>Location: 3723 Mackey Cove Drive, Pensacola FL | Fla. Const. art. X, § 4(a)(2)<br>Fla. Stat. Ann. § 222.25(4) | 0.00<br>670.00 | 670.00 |
| **Furs and Jewelry** | | | |
| 2 Necklaces-$60, Watch-$50<br>Location: 3723 Mackey Cove Drive, Pensacola FL | Fla. Const. art. X, § 4(a)(2)<br>Fla. Stat. Ann. § 222.25(4) | 110.00<br>0.00 | 110.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Cadillac Escalade-poor condition previously wrecked<br>Lien to Bob Ferguson<br>Location: 3723 Mackey Cove Drive, Pensacola FL | Fla. Stat. Ann. § 222.25(1)<br>Fla. Stat. Ann. § 222.25(4) | 1,000.00<br>2,000.00 | 20,000.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Hair dryer, curling iron rollers, combs, 2 scissors, razor-$100 | Fla. Const. art. X, § 4(a)(2)<br>Fla. Stat. Ann. § 222.25(4) | 100.00<br>0.00 | 100.00 |
| | Total: | 4,480.00 | 21,480.00 |

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy